# EXHIBIT "A"

## Case List

Brewers Road, LLC – Case No. 16-11699-MDC

GHBC Jenkintown, LLC – Case No. 16-11700-MDC

Helen Antonelli – Case No. 16-14945-SR

Rite Way Electric, Inc. – Case No. 11-19633-SR

Jason Glazier – Case No. 15-13213-ELF

Merchandising Service of America, Inc. – Case No. 16-11052-ELF

RKO Media, LLC – Case No. 15-18262-ELF

Stone Resources, Inc. – Case No. 11-11124-MDC

Timothy Douglas Hayes – Case No. 16-11983-REF

Pippy's Corp. t/a Sonatoga Thriftway – Case No. 15-15856-JKF

William P. Kuhn and Joyce Kuhn – Case No. 14-14439-ELF

Weatta L. Collins – Case No. 13-20829-SR

Covenant Partners, L.P. – Case No. 14-17568-SR

David Samuel Lankin – Case No. 15-13476-AMC

Lucky Lab Tavern, LLC – Case No. 14-15571-JKF

Luther Eugene Gruver – Case No. 16-12521-JKF

Carmen L. Veneziale – Case No. 15-15136-ELF